# Order

Michigan Supreme Court
Lansing, Michigan

November 24, 2020

Bridget M. McCormack,
Chief Justice

161166

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID WILSON,
      Defendant-Appellant.

SC: 161166
COA: 351712
Wayne CC: 13-001466-FC

_____/

      On order of the Court, the application for leave to appeal the March 3, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

p1116